UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JULIO L. CHACON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-00127-DML-TWP |
| | ) | |
| WAL-MART STORES INC. d/b/a Walmart, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation and Acknowledging Payment of Sanction

On June 17, 2016, Magistrate Judge Dinsmore issued his report and recommendation for the imposition of a sanction of $500 against the plaintiff's counsel.[1]  Counsel did not object to the report and recommendation, but instead a payment of $500 was made to the clerk of the court.  Being duly advised, the court ADOPTS Judge Dinsmore's report and recommendation and ORDERS that a monetary sanction of $500 is imposed against the plaintiff's counsel.  The court acknowledges that the sanction has been paid.

So ORDERED.

Dated: July 5, 2016

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

---

[1] Based on the parties' consent, this case was referred to Magistrate Judge Lynch (Dkt. 14).  Magistrate Judge Dinsmore conducted certain proceedings related to his scheduling and holding a settlement conference, as requested by Judge Lynch.  *See* Dkt. 19.

Distribution:

All ECF-registered counsel of record by email through the court's ECF system